IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31314
Conference Calendar
_____


MICHAEL W. BURGE,

                                        Plaintiff-Appellant,

versus

RICHARD L. STALDER, Secretary, ET AL.,

                                        Defendants,

RICHARD PEABODY, Associate Warden, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 92-CV-799
- - - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Michael W. Burge seeks in forma pauperis (IFP) status to
appeal the district court's dismissal of his civil rights
complaint.  Burge argues that the district court abused its
discretion by entering summary judgment for the defendants
without allowing Burge to conduct discovery.

     Burge has failed to identify any error in the district
court's dismissal of his suit.  See Burge v. Stalder, CA No. 92-
799-B-M2 (M.D. La. Sept. 20, 1995 and July 21, 1995).  Having

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

reviewed the record and the relevant law, we DENY the motion for IFP because this appeal does not involve legal points arguable on their merits. Jackson v. Dallas Police Dep't, 811 F.2d 260, 261 (5th Cir. 1986). Thus, the appeal is frivolous and subject to dismissal. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2. We caution Burge that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Burge is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED. SANCTION WARNING ISSUED